```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION


GREAT AMERICAN E & S INSURANCE
COMPANY                                                   PLAINTIFF

VS.                         CIVIL ACTION NO. 5:07-cv-76(DCB)(JMR)

ROYAL INDEMNITY COMPANY, individually,
and in its capacity as successor in
interest to ROYAL INSURANCE COMPANY OF
AMERICA; QUINTAIROS, PRIETO, WOOD &
BOYER, P.A.; and JOHN DOES 1-25                          DEFENDANTS
```

## ORDER OF REMAND

This cause having come before the Court on the plaintiff Great American E & S Insurance Company's motion to remand, and the motion having been granted in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is remanded to the Circuit Court of Warren County, Mississippi.

SO ORDERED, this the  14th  day of November, 2007.


                                   s/ David Bramlette
                                   UNITED STATES DISTRICT JUDGE